RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Heath James MacCurdy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEATH JAMES MACCURDY,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00277-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acing United States Attorney, and Kimberly M Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Heath James MacCurdy, that the Sentencing Hearing currently scheduled for March 23, 2022 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to prepare for sentencing with Mr. MacCurdy and to address some details that have arisen in a pending state case.

　　　　2.　　The defendant is incarcerated and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

1   This is the first stipulation to continue filed herein.

2   DATED this 8th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Kimberly M Frayn<br>KIMBERLY M FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>HEATH JAMES MACCURDY,<br><br>      Defendant. | Case No. 2:20-cr-00277-GMN-NJK<br><br>ORDER |

   IT IS FURTHER ORDERED that the Sentencing Hearing currently scheduled for March 23, 2022, at the hour of 10:00 a.m., be vacated and continued to  May 25, 2022  at the hour of 10:00 a.m.

   DATED this  9  day of March 2022.

_____
UNITED STATES DISTRICT JUDGE

3