RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Heath James MacCurdy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>HEATH JAMES MACCURDY,<br><br>        Defendant. | Case No. 2:20-cr-00277-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Heath James MacCurdy, that the Sentencing Hearing currently scheduled for May 25, 2022 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

      The Stipulation is entered into for the following reasons:

      1.    Mr. MacCurdy has recently had a death in his family. In light of this, counsel for the defendant is requesting a bit of additional time to prepare with Mr. MacCurdy and his family for sentencing.

      2.    The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 5th day of May 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By/s/ *Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ *Kimberly M Frayn*<br>KIMBERLY M FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00277-GMN-NJK |
| Plaintiff, | ORDER |
| v. | |
| HEATH JAMES MACCURDY, | |
| Defendant. | |

IT IS FURTHER ORDERED that the Sentencing Hearing currently scheduled for May 25, 2022, at the hour of 10:00 a.m., be vacated and continued to August 9, 2022 at the hour of 10:00 a.m.

DATED this  5  day of May 2022.

_____
UNITED STATES DISTRICT JUDGE