# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>HEATH JAMES MACCURDY,<br><br>         Defendant. | 2:20-CR-277-GMN-NJK<br>**ORDER GRANTING**<br>**Motion to Withdraw as Forfeiture Attorney** |

Pursuant to LR IA 11-6(b), the United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown since no forfeiture exists in the case.

Dated: May 23, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: May 24, 2022