RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Heath James MacCurdy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEATH JAMES MACCURDY, <br><br> Defendant. | Case No. 2:20-cr-00277-GMN-NJK <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Heath James MacCurdy, that the Sentencing Hearing currently scheduled for August 30, 2022, at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Under the terms of the plea agreement, the parties will be seeking an adjustment under U.S.S.G 5G1.3 due to the existence of two pending state cases and the fact that Mr. MacCurdy is in primary state custody. As of August 15, 2022, one of the state cases was dismissed, but the other remains active. The parties are currently communicating with state

counsel on the remaining case to make sure the adjustment is appropriate and any supporting records are received.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 22nd day of August 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Kimberly M Frayn*<br>KIMBERLY M FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HEATH JAMES MACCURDY,<br><br>        Defendant. | Case No. 2:20-cr-00277-GMN-NJK<br><br>ORDER |

     IT IS FURTHER ORDERED that the Sentencing Hearing currently scheduled for August 30, 2022, at the hour of 10:00 a.m., be vacated and continued to November 1, 2022 at the hour of 10:00 a.m.

     DATED this  23  day of August 2022.

                                                                               UNITED STATES DISTRICT JUDGE