RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Heath James MacCurdy

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEATH JAMES MACCURDY,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00277-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kimberly M Frayn, that the Revocation Hearing currently scheduled on February 19, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties have conferred with Mr. MacCurdy's supervising probation officer and understand that Mr. MacCurdy recently completed his intake for an inpatient treatment program and is set to begin the program soon. That program is expected to last approximately 30 days.

2. The parties therefore respectfully request that this Court continue Mr. MacCurdy's revocation hearing by 45 days to allow him time to complete his inpatient treatment program.

3. The defendant is out of custody and does not oppose the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATH JAMES MACCURDY,<br><br>Defendant. | Case No. 2:20-cr-00277-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 19, 2025 at 10:00 a.m., be vacated and continued to ___April 8, 2025___ at the hour of 10:00 a.m.

DATED this __17__ day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE